1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9  | CHRIS VALLES,                                  | CASE NO. 1:08-cv-00952-SMS PC

10 |            Plaintiff,                          | ORDER DENYING PLAINTIFF'S MOTION FOR THE APPOINTMENT OF A THREE-JUDGE

11 |     v.                                         | COURT AND ISSUANCE OF A PRISONER RELEASE ORDER, AND DENYING MOTION

12 | ARNOLD SCHWARZENEGGER,                         | FOR JOINDER IN COLEMAN, PLATA, AND ARMSTRONG CASES

13 |            Defendant.                          |

14 |                                                | (Doc. 1)

15 |                                                | ORDER PROVIDING PLAINTIFF WITH THIRTY DAYS WITHIN WHICH TO FILE A NOTICE OF VOLUNTARY DISMISSAL IF HE

16 |                                                | DOES NOT WISH TO PROCEED, AND NOTIFYING PLAINTIFF THAT IF HE

17 |                                                | PROCEEDS WITH THIS ACTION, A $350.00 FILING FEE WILL BE ASSESSED

18 |                                                |

19 | _____ /     | (Doc. 1)

20

21        Plaintiff Chris Valles ("Plaintiff") is a state prisoner proceeding pro se.  This action was

22 initiated on July 8, 2008, following receipt of Plaintiff's motion for a three-judge court, the issuance

23 of a prisoner release order, and joinder in the *Coleman/Plata/Armstrong* cases.[1]  Plaintiff  includes

24 a verification describing this action as a petition for writ of habeas corpus, but cites to 18 U.S.C. §

25 3626 as authority for his motions.  Because this action arises from Plaintiff's conditions of

26 ///

27

28        [1] Plaintiff first filed suit in the Northern District of California using the same motion, but the action, case number 3:08-cv-02538-VRW, was dismissed on May 28, 2008, and Plaintiff was notified that he must file suit in this district, where the events at issue arose.

1

1   confinement at Avenal State Prison, this action was designated upon opening as one seeking relief

2   pursuant to 42 U.S.C. § 1983.

3        18 U.S.C. § 3626 of the Prison Litigation Reform Act governs remedies with respect to

4   prison conditions.  One form of relief is a prisoner release order, which must be entered by a three-

5   judge court.  18 U.S.C. § 3626(a)(3).  A prisoner release order may not be issued unless "a court has

6   previously entered an order for less intrusive relief that has failed to remedy the deprivation of the

7   Federal right sought to be remedied through the prisoner release order," and "the defendant has had

8   a reasonable amount of time to comply with the previous court orders."  18 U.S.C. § 3626(a)(3)(A).

9        Section 3626 governs remedies available in a civil action.  It does not provide an independent

10  basis for initiation of suit.  Accordingly, Plaintiff's motions for a three-judge court and a release

11  order, filed pursuant to section 3626, are denied.

12       Finally, any request for relief made pursuant to orders and/or consent decrees in the *Coleman*,

13  *Plata*, and/or *Armstrong* cases must be presented through class counsel to the court presiding over

14  the case.  Plaintiff may not use this suit as a means to interject himself into proceedings in other

15  cases.

16       Plaintiff may opt to continue with this suit as one filed pursuant to section 1983, which

17  "creates a cause of action for violations of the federal Constitution and laws."  *Sweaney v. Ada*

18  *County, Idaho*, 119 F.3d 1385, 1391 (9th Cir. 1997) (internal quotations omitted).  If Plaintiff

19  chooses to proceed with a section 1983 action, the filing fee is $350.00.  In light of this order, the

20  Court will provide Plaintiff with a thirty-day period to voluntarily dismiss this action if he does not

21  wish to proceed.  If Plaintiff chooses not to voluntarily dismiss the action or if Plaintiff does not

22  respond to this order, Plaintiff's pending motion to proceed in forma pauperis will be granted and

23  this action will proceed pursuant to section 1983.

24            For the reasons set forth herein, it is HEREBY ORDERED that:

25       1.    Plaintiff's motions for a three-judge court, a prisoner release order, and joinder in the

26             *Coleman*, *Plata*, and/or *Armstrong* cases, filed July 8, 2008, are DENIED;

27       2.    If Plaintiff does not wish to proceed with this action, he shall file a notice of

28             voluntary dismissal within **thirty (30) days** from the date of service of this order; and

1     3.     If Plaintiff does not file a notice of voluntary dismissal or if Plaintiff does not

2     respond to this order within those thirty days, the Court will issue an order granting

3     Plaintiff's pending motion for leave to proceed in forma pauperis and this action will

4     proceed pursuant to section 1983.

6     IT IS SO ORDERED.

7     **Dated:   July 10, 2008**          **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE